URTNOWSKI & ASSOCIATES, P.C.
    J. Brian Urtnowski (CSB #117720)
    Jered T. Ede (CSB #273440)
18301 Von Karman Avenue, Suite 200
Irvine, California 92612
(949) 752-0010
(f) (949) 752-9320

Attorneys for Plaintiff United Rentals (North America), Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For The Use of:<br>UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a FRONTIER CONTRACTING, INC.; ALLEN ENGINEERING CONTRACTOR, INC., a California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation;<br><br>Defendants. | DOCKET NO. 3:12-CV-03286-SC<br><br>STIPULATION AND ORDER TO TRANSFER VENUE |

### STIPULATION TO TRANSFER VENUE

Pursuant to 28 U.S.C. §1404(a), the Parties hereby file this Stipulation to Transfer Venue to the United States District Court for the Eastern District of California, Fresno Division, and in support thereof, respectfully show:

This lawsuit was filed on June 25, 2012, and involves allegations of a violation of the Miller Act as well of a breach of contract as to the named defendants. This suit was filed in this

court, the United States District Court for the Northern District of California under the belief that the construction project which gave rise to the Miller Act claims was constructed within the jurisdiction of this court. However, upon further investigation, it is now clear that the construction project at issue in this case was constructed within the jurisdiction of the United States District Court for the Eastern District of California. As such, pursuant to the Miller Act this Court does not have jurisdiction over this action.

By this Stipulation, the Parties agree to the Transfer of the action to the United States District Court for the Eastern District of California, Fresno Division, pursuant to 28 U.S.C. §1404(a) which provides that "for the convenience of parties and witnesses, in the interest of justice, **a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.**"

**NOW THEREFORE**, in consideration of the foregoing, the Parties hereto agree and stipulate to the following:

Transfer this action to the United States District Court for the Eastern District of California, Fresno Division and request that this action be transferred accordingly;

All pretrial deadlines shall be vacated, pending new deadlines to be set by the United States District Court for the Eastern District of California, Fresno Division.

Dated: ~~September~~ October 2, 2012

URTNOWSKI & ASSOCIATES, P.C.

By: _____
J. Brian Urtnowski
Jered T. Ede
Attorneys for United Rentals
(North America), Inc.

---

STIPULATION TO TRANSFER VENUE [3:12-CV-03826-SC]
2

| | | |
|---|---|---|
| 1 | Dated: September 28, 2012 | BRUCKNER & WALKER, LLP |
| 2 | | |
| 3 | | By: /s/ *signature* |
| 4 | | William L. Bruckner |
| | | Branden L. Timboe |
| 5 | | Attorneys for Allen Engineering Contractor, Inc., and Safeco Insurance Company of America |
| 6 | | |
| 7 | Dated: ~~September~~ October 2, 2012 | LANAK & HANNA P.C. |
| 8 | | |
| 9 | | By: /s/ *signature* |
| 10 | | Robert J. Stroj |
| | | Attorneys for American Contractors Indemnity Company |
| 11 | | |

## ORDER

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. 1404(a), this case, docket number 3:12-CV-03826-SC, styled *United Rentals (North America), Inc. v. Avcon Constructors, Inc. et al.*, shall be immediately transferred to the jurisdiction and venue of the United States District Court for the Eastern District of California, Fresno Division. All existing hearings, deadlines, and docketed dates in this matter are herewith vacated, subject to being reset by the United States District Court for the Eastern District of California.

IT IS SO ORDERED,

Date: October 5, 2012

Hon. Samuel Conti

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*